# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

| | |
|---|---|
| THERESA ANN TEARNEY, | |
| Plaintiff, | |
| -vs- | CASE NO. 3:24-cv-00603-TJC-LLL |
| EQUIFAX INFORMATION SERVICES LLC, EXPERIAN INFORMATION SOLUTIONS, INC., TRANS UNION LLC, MERRICK BANK, MIDLAND CREDIT MANAGEMENT LLC, and EDFINANCIAL SERVICES LLC, | |
| Defendants. | |

**NOTICE OF SETTLEMENT AS TO DEFENDANT, TRANS UNION LLC,**

COMES NOW Plaintiff, THERESA ANN TEARNEY, by and through undersigned counsel, and hereby notifies the Court that Plaintiff and Defendant, TRANS UNION LLC, have reached a settlement with regard to this case and are presently drafting and finalizing the settlement agreement, and general release or documents. Upon execution of the same, the Parties will file the appropriate dismissal documents with the Court.

Dated this 26th day of August 2024.

/s/ **Octavio Gomez**
Octavio "Tav" Gomez
Florida Bar No.: 0338620
Georgia Bar No.: 617963
Pennsylvania No.: 325066
The Consumer Lawyers PLLC
501 E . Kennedy Blvd, Suite 610
Tampa, FL 33602

Cell: (813) 299-8537  
Facsimile: (844) 951-3933  
Tav@theconsumerlawyers.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing document was filed on this 26th day of August, 2024 via the Court's CM/ECF system which sent electronic notice of such to all parties of record.

**/s/ Octavio Gomez**  
Octavio "Tav" Gomez  
Florida Bar No.: 0338620  
The Consumer Lawyers  
*Attorney for Plaintiff*
