# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

THERESA ANN TEARNEY,

    Plaintiff,

v.

                                      Case No. 3:24-cv-603-TJC-LLL

EQUIFAX INFORMATION SERVICES LLC, EXPERIAN INFORMATION SOLUTIONS, INC., TRANS UNION LLC, MERRICK BANK, MIDLAND CREDIT MANAGEMENT, INC., and EDFINANCIAL SERVICES, LLC,

    Defendants.

## ORDER

The Court has been advised that this case has been settled as to Edfinancial Services, LLC (Doc. 53). Accordingly, it is now

**ORDERED:**

1. The parties shall have until **November 18, 2024** to file a joint motion for dismissal or other appropriate documents to close out this file as to Edfinancial Services, LLC.

2. If the parties have not filed settlement pleadings or a request for extension of time by the **November 18, 2024** deadline, this case will automatically be deemed to be dismissed without prejudice as to Edfinancial

Services, LLC. **The parties are cautioned that in some cases, the Court may not have jurisdiction to enforce settlement agreements once the case has been dismissed without prejudice; thus, if the parties have not finalized their settlement by the deadline, they are encouraged to move for an extension of that deadline.**

3.   All pending motions and deadlines are terminated as to Edfinancial Services, LLC.

**DONE AND ORDERED** in Jacksonville, Florida, the 19th day of September, 2024.



TIMOTHY J. CORRIGAN
United States District Judge

jcd
Copies:

Counsel of record