UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

THERESA ANN TEARNEY,

    Plaintiff,

v.

                                Case No. 3:24-cv-603-TJC-LLL

EQUIFAX INFORMATION
SERVICES LLC, EXPERIAN
INFORMATION SOLUTIONS,
INC., TRANS UNION LLC,
MERRICK BANK, MIDLAND
CREDIT MANAGEMENT, INC.,
and EDFINANCIAL SERVICES,
LLC,

    Defendants.

## **O R D E R**

Plaintiff Theresa Ann Tearney and Defendants Merrick Bank and Midland Credit Management, Inc. have filed joint stipulations of dismissal with prejudice of the claims against Merrick Bank and Midland Credit Management, Inc. (Docs. 50, 51). To be effective, a stipulation of dismissal must be signed by all parties who have appeared in the action. City of Jacksonville v. Jacksonville Hosp. Holdings, L.P., 82 F.4th 1031, 1038 (11th Cir. 2023). Because Defendants Equifax Information Services, LLC, Experian Information Solutions, Inc., Trans Union, LLC and Edfinancial Services, LLC have not signed the dismissal, a Court order is necessary to dismiss the action as to Merrick Bank and Midland

Credit Management, Inc. Thus, the Court construes the stipulations as requests for dismissal under Federal Rule of Civil Procedure 41(a)(2). Based on the record and the representations by Tearney, Merrick Bank, and Midland Credit Management, Inc., it is hereby

**ORDERED:**

1. The joint stipulations, construed as requests to dismiss the action as to Merrick Bank and Midland Credit Management, Inc. (Docs. 50, 51), are **GRANTED**.

2. The action is **DISMISSED with prejudice** as to Defendants Merrick Bank and Midland Credit Management, Inc. The claims against the remaining Defendants remain pending until the parties have filed the requisite motions for dismissal. See (Docs. 37, 48, 54).

3. Tearney, Merrick Bank, and Midland Credit Management, Inc. bear their own attorneys' fees and costs.

**DONE AND ORDERED** in Jacksonville, Florida, the 19th day of September, 2024.



jcd
Copies:

Counsel of record

3