## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

| | |
|---|---|
| THERESA ANN TEARNEY,<br><br>      Plaintiff,<br><br>-vs-<br><br>EQUIFAX INFORMATION SERVICES LLC, EXPERIAN INFORMATION SOLUTIONS, INC., TRANS UNION LLC, MERRICK BANK, MIDLAND CREDIT MANAGEMENT LLC, and EDFINANCIAL SERVICES LLC,<br><br>      Defendants. | CASE NO. 3:24-cv-00603-TJC-LLL |

### PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE AS TO EXPERIAN INFORMATION SOLUTIONS, INC.

COMES NOW Plaintiff, THERESA ANN TEARNEY, by and through undersigned counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby dismisses her causes of action in the Complaint against the Defendant, EXPERIAN INFORMATION SOLUTIONS, INC. ("Experian") Defendant, Experian, has neither filed an answer to the Complaint nor a motion for summary judgment, therefore dismissal under Rule 41 (a)(1)(A)(i) is appropriate.

Dated this 23rd day of September 2024.

/s/ **Octavio Gomez**
Octavio "Tav" Gomez
Florida Bar No.: 0338620
Georgia Bar No.: 617963
Pennsylvania No.: 325066
The Consumer Lawyers PLLC
501 E. Kennedy Blvd, Suite 610
Tampa, FL 33602

Cell: (813) 299-8537<br>
Tav@theconsumerlawyers.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing document was filed on this 23rd day of September 2024 via the Court's CM/ECF system which sent electronic notice of such to all parties of record.

**/s/ Octavio Gomez**<br>
Octavio "Tav" Gomez<br>
Florida Bar No.: 0338620<br>
The Consumer Lawyers<br>
*Attorney for Plaintiff*
