UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

THERESA ANN TEARNEY,

    Plaintiff,

v.

    Case No. 3:24-cv-603-TJC-LLL

EQUIFAX INFORMATION SERVICES LLC, EXPERIAN INFORMATION SOLUTIONS, INC., TRANS UNION LLC, and EDFINANCIAL SERVICES, LLC,

    Defendants.

## ORDER

Plaintiff Theresa Ann Tearney filed a notice of voluntary dismissal as to Defendants Experian Information Solutions, Inc. and Equifax Information Services LLC (Docs. 56 and 57). Under Federal Rule of Civil Procedure 41, a plaintiff may voluntarily dismiss a case by notice before the defendant serves an answer or motion for summary judgment. Fed. R. Civ. P. 41(a)(1)(A). Otherwise, the plaintiff may dismiss the case only by submitting a stipulation of dismissal signed by all parties who have appeared. Id.; see also City of Jacksonville v. Jacksonville Hosp. Holdings, L.P., 82 F.4th 1031, 1038 (11th Cir. 2023). Because the other Defendants have not signed the dismissal, a Court order is necessary to dismiss the action as to Experian. Thus, the Court construes the notices of voluntary dismissal as

requests for dismissal under Federal Rule of Civil Procedure 41(a)(2). Based on the record, it is hereby

**ORDERED:**

1. The notices of voluntary dismissal, construed as requests to dismiss the action, as to Experian Information Solutions, Inc. and Equifax Information Services LLC (Docs. 56 and 57) are **GRANTED**.

2. The action is **DISMISSED with prejudice** as to Defendants Experian Information Solutions, Inc. and Equifax Information Services LLC. The claims against the remaining Defendants remain pending until the parties have filed the requisite motions for dismissal. See (Docs. 48 and 54).

**DONE AND ORDERED** in Jacksonville, Florida, the 1st day of October, 2024.



TIMOTHY J. CORRIGAN
United States District Judge

jcd
Copies:

Counsel of record

2