UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

THERESA ANN TEARNEY,

    Plaintiff,

v.

                                      Case No. 3:24-cv-603-TJC-LLL

TRANS UNION LLC and
EDFINANCIAL SERVICES, LLC,

    Defendants.

## **O R D E R**

Upon review of the Joint Stipulation of Dismissal with Prejudice as to Edfinancial Services, Inc. and Trans Union LLC (Doc. 59), filed on October 29, 2024, this case is dismissed with prejudice. Each party shall bear its own attorneys' fees and costs. The Clerk should close the file.

**DONE AND ORDERED** in Jacksonville, Florida, this 4th day of November, 2024.



TIMOTHY J. CORRIGAN
United States District Judge

jcd
Copies:

Counsel of record